FILED '08 NOV 20 11:06 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| JODI STONE,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. 3:07-CV-1771-HA<br><br><br>JUDGMENT |

It is hereby ORDERED and ADJUDGED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings for the reasons noted in this Court's Order.

DATED this ___20___ day of ___November___, 2008.

_____
UNITED STATES DISTRICT JUDGE

Page 1    JUDGMENT - [3:07-CV-1771-HA]