FILED'08 DEC 29 16:22USDC-ORP

**Bruce W. Brewer,** OSB No. 92558
Internet E-mail Address: btownlaw@yahoo.com
419 5ᵗʰ Street
Oregon City, OR 97045
Phone: 503-722-8833
Fax: 503-656-8481
Attorney for plaintiff

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

**JODI STONE,**

CIVIL CASE NO. 07-1771-HA

Plaintiff,

~~PROPOSED~~ ORDER
AWARDING ATTORNEY FEES
PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT

vs.

**COMMISSIONER,**
of Social Security
Administration,
Defendant.

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the

Equal Access to Justice Act, 28 U.S.C. §§ 2412, an attorney fee in the amount of $7,107.84 is

awarded to Plaintiff. The check shall be made payable to Plaintiff's attorney, Bruce Brewer, and

mailed to Plaintiff's attorney's office as follows: Bruce Brewer, 419 Fifth Street, Oregon City,

Oregon 97045. There are no costs or expenses to be paid herein.

DATED this 29 day of December, ~~2009~~ 2008

United States District Judge/Magistrate

Submitted by:

Bruce W. Brewer, OSB No. 92558
503-722-8833, Attorney for Plaintiff

1 - ORDER FOR EAJA FEES